## DAVID SWAUK v. AUGUSTINE HOLLAND.

PRACTICE—RECORD—AFFIRMANCE.   Unless the record is complete, and affirmatively shows error in the proceedings or judgment, the judgment will be affirmed.

### *Error from Coffey District Court.*

ACTION commenced before a justice of the peace, to recover the value of timber taken and converted by *Holland.* The plaintiff had judgment, and defendant appealed. In the district court the defendant had judgment. The record shows that *Swauk* procured a bill of exceptions to be settled; but such bill does not, nor do any exceptions, appear in the transcript.

*Bent & Redmond,* for plaintiff in error.

*Silas Fearl,* for defendant in error.

*By the Court,*

SAFFORD, J.: The record in this case presents no question for the consideration of this court. It refers to a bill of exceptions which is shown to have been presented to the court below, and thereupon allowed and signed, and ordered to be filed and made a part of the record of the case. But this is all that appears in respect of such exceptions. What they were, we are not advised. If the plaintiff in error desired to have the matters excepted to

in the court below reviewed, he should have caused his bill showing the rulings of the court to be included in the record which is attached to and made a part of his petition in error. Failing in this, as before stated, there is no question before us. The judgment must be affirmed.

All the Justices concurring.